BEFORE THE SECOND DIVISION, FEBRUARY 5, 1964

No. 68295.—Lafayette Brass Mfg. Co., Inc. v. United States, protests 60/21739, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 5, 1964

No. 68296.—International Electrical Distributors v. United States, protest 63/7795 (New York).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 68297.—Allan G. Beckmann v. United States, protest 63/12758 (New York).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 68298.—V. T. Mancusi v. United States, protest 63/12813 (New York).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.